UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| BLAINE L. MUSGROVE, JR., | ) | Civil Action No. 1:15-cv-02275-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Joint Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412(d), it is hereby,

ORDERED that Plaintiff, Blaine L. Musgrove, Jr., is awarded $5,000.00 in attorney fees and $16.00 in expenses. The attorney fees will be paid directly to Plaintiff, Blaine L. Musgrove, Jr., and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

s/J. Michelle Childs
J. Michelle Childs
UNITED STATES DISTRICT JUDGE

September 15, 2016
Columbia, South Carolina